ANDRÉ BIROTTE JR.
United States Attorney
Central District of California
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (California State Bar No. 116400)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-7408
     Facsimile:   (213) 894-3713
     E-mail: Steve.Wolfe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00466-R |
|---|---|---|
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT AND ORDER FOR |
| v. | ) | EXAMINATION TO DETERMINE |
| | ) | COMPETENCY TO STAND TRIAL |
| HUGO BOLANOS, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS on December 12, 2011, the Court held a hearing in this case on defendant's motion for a hearing to determine the competency of defendant, and

WHEREAS the Court has previously read motion papers filed in connection with defendant's request for such a hearing, and

WHEREAS the government stated at the hearing that it has no information to the contrary of the representations of defendant's counsel about defendant's mental state,

THE COURT HEREBY FINDS, based upon the statements at the hearing, and defendant's motion for a competency hearing, and all the files and records in this case,

1            THAT THERE IS REASONABLE CAUSE TO BELIEVE that defendant may
2    presently be suffering from a mental disease or defect rendering him
3    mentally incompetent to the extent that he is unable to understand
4    the nature and consequences of the proceedings against him or to
5    assist properly in his defense.
6            THEREFORE, THE COURT ORDERS THAT a psychiatric or psychological
7    examination of defendant be conducted by Saul J. Faerstein, M.D.,
8    pursuant to 18 U.S.C. § 4241, to determine whether defendant is
9    presently suffering from a mental disease or defect rendering him
10   mentally incompetent to the extent that he is unable to understand
11   the nature and consequences of the proceedings against him or to
12   assist properly in his defense, and
13           THE COURT FURTHER ORDERS THAT a psychiatric or psychological
14   report of that examination be filed with the Court and served on the
15   parties, including (a) defendant's history and present symptoms, (b)
16   a description of any psychiatric, psychological, or medical tests
17   that were employed and their results, (c) Dr. Faerstein's findings,
18   and (d) Dr. Faerstein's opinions as to diagnosis, prognosis, and
19   whether defendant is suffering from a mental disease or defect
20   rending him mentally incompetent to the extent that he is unable to
21   understand the nature and consequences of the proceedings against
22   him or assist properly in his defense, and
23           THE COURT FURTHER ORDERS THAT Dr. Faerstein's report shall be
24   filed and served by 45 days from the date of filing of this Order,
25   unless delays in obtaining medical records or the intervening
26   federal holidays cause Dr. Faerstein to require additional time, and
27           THE COURT FURTHER ORDERS THAT the Federal Bureau of Prisons
28   ("FBOP") and the staff of the Metropolitan Detention Center ("MDC")

provide directly to Dr. Faerstein, solely for the purposes of this examination, copies of all medical records of defendant in the possession of the FBOP and MDC, and

    THE COURT FURTHER ORDERS THAT a hearing, pursuant to 18 U.S.C. § 4241, to determine the competency of defendant to stand trial in this case will be scheduled by the Court after the completion and filing of Dr. Faerstein's report of examination.

    Counsel for the government shall serve a copy of this order on Dr. Faerstein.

    SO ORDERED.

DATE: December 14, 2011  _____
                           HONORABLE MANUEL L. REAL
                           United States District Judge

CC: BOP / MDC