ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
GARTH HIRE (Cal. Bar No. 187330)
JOANNA M. CURTIS (Cal. Bar No. 203151)
ROBYN K. BACON (Cal. Bar No. 251048)
Assistant United States Attorneys
Violent and Organized Crime Section
KEVIN L. ROSENBERG (Ohio Bar No. 0081448)
Trial Attorney, U.S. Department of Justice
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-1785/0492/0298/4667
Facsimile: (213) 894-3713
E-mail: Garth.Hire@usdoj.gov
Joanna.Curtis@usdoj.gov
Robyn.Bacon@usdoj.gov
Kevin.L.Rosenberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFARO, et al.,<br><br>Defendants. | No. CR 09-466-DSF-3<br><br><u>ORDER SETTING SENTENCING HEARING AND SCHEDULE FOR FILING OF SENTENCING PLEADINGS REGARDING DEFENDANT HUGO BOLANOS</u> |

IT IS HEREBY ORDERED AS FOLLOWS:

1. The sentencing hearing for defendant Hugo Bolanos in the above-captioned case is set for 8:30 a.m. on June 24, 2013.

2. The presentence report for this defendant shall be prepared and disclosed to the parties no later than April 29, 2013.

3. By no later than May 28, 2013, each party shall file either: (a) its initial sentencing pleading, containing its objections to the presentence report (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the presentence report and has elected not to file a position regarding sentencing.

4. By no later than June 10, 2013, each party shall file any response it has to the other's sentencing pleading.

5. By no later than June 17, 2013, the United States Probation Office shall prepare and provide to the parties and the Court the final presentence report together with an addendum addressing any objections to the presentence report and the parties' sentencing positions.

Presented by:

*/s/ Garth Hire*
GARTH HIRE
Assistant United States Attorney

2/6/13
DATE

Dale S. Fischer
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE